[No. 50853-9-I.   Division One.   May 12, 2003.]

HAYLEY JENKINS, ET AL., *Appellants*, v. THE DEPARTMENT OF TRANSPORTATION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-07752-0, John P. Erlick, J., entered June 28, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50953-5-I.   Division One.   May 12, 2003.]

*In the Matter of the Personal Restraint of* ROBERT THOMPSON, *Petitioner*.

Petition for relief from personal restraint. Petition *granted*, judgment *vacated*, and case *remanded* by unpublished per curiam opinion.

[No. 51009-6-I.   Division One.   May 12, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. KYLE WILLIAM MORATTI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-8-02275-0, Sharon S. Armstrong, J., and Mariane Spearman, J. Pro Tem., entered August 7, 2002. *Reversed* by unpublished per curiam opinion.

[No. 51028-2-I.   Division One.   May 12, 2003.]

THE STATE OF WASHINGTON, *on the relation of Elizabeth Joyce Morrow-Shevins, Respondent*, v. ALAN MARC SHEVINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-3-08373-6, Mary Yu, J., and Joan B. Allison, J. Pro Tem., entered May 21, June 10, and August 14, 2002. *Reversed* by unpublished opinion per Coleman, J., concurred in by Grosse and Appelwick, JJ.